UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| v.     * | Crim. No. 16-10022-IT |
| * | |
| DUCAN FANFAN,   * | |
| * | |
| Defendant.    * | |

ORDER

September 12, 2017

TALWANI, D.J.

    Ducan Fanfan has moved for early termination of his supervised release in the above-referenced matter. [#4]. The government does not oppose the relief, and the United States Probation Office has advised the court that they support the request.

    Title 18, Section 3583 of the United States Code empowers this court to terminate a term of supervised release in accordance with Fed. R. Crim. P. 32.1, after consideration of the sentencing factors found at 18 U.S.C. § 3553, when such action is warranted by a defendant's conduct and the interests of justice. On review of the uncontested record demonstrating that Ducan has completed a significant portion of the period of supervised release and has successfully taken strides to productively and lawfully engage in society, the court finds the purposes of sentencing and the ends of justice best served by early termination, and accordingly ALLOWS the Motion [#4] and hereby TERMINATES Ducan's supervision. No hearing is necessary because this relief is favorable to Ducan, does not extend the term of supervised release, and is unopposed by the government. Fed. R. Crim. P. 32.1(c)(2).

    IT IS SO ORDERED.

                                                 /s/ Indira Talwani
                                                 United States District Judge